# ROSS LEGAN ROSENBERG ZELEN & FLAKS, LLP
## ATTORNEYS AT LAW
### 450 SEVENTH AVENUE, SUITE 2901
### NEW YORK, N.Y. 10123
### TEL. (212) 967-8500
### FAX (212) 967-2218

MICHAEL FLAKS*
CLIFFORD F. ZELEN
RICHARD H. ROSENBERG*
STANLEY J. LEGAN
HOWARD B. ROSS
　　　*MEMBER N.Y. & N.J. BAR

QUEENS COUNTY OFFICE
37-06  82ND STREET
JACKSON HEIGHTS, N.Y. 11372
(718) 429-0290

NEW JERSEY OFFICE
ONE UNIVERSITY PLAZA
PLAZA 14
HACKENSACK, N.J. 07601
(201) 883-0940

---

## FACSIMILE TRANSMITTAL SHEET

---

| | |
|---|---|
| TO:<br>Bob Walker | FROM:<br>Michael Flaks |
| COMPANY:<br>Gallagher & Walker | DATE:<br>5/28/2021 |
| FAX NUMBER:<br>(516) 248-2394 | TOTAL NO. OF PAGES INCLUDING COVER:<br>6 |
| PHONE NUMBER:<br>(516) 248-2394 | SENDER'S REFERENCE NUMBER:<br>20061 |
| RE:<br>Steven I. Cohen | YOUR REFERENCE NUMBER: |

☐ URGENT    [x] FOR REVIEW    ☐ PLEASE COMMENT    {} PLEASE REPLY    ☐ PLEASE RECYCLE

---

□*NOTES/COMMENTS:

**Mr. Walker:  Attached is the complete summons and complaint, including page 3.**

---

* NOTICE: THE INFORMATION CONTAINED IN THIS FACSIMILE TRANSMITTAL IS INTENDED ONLY FOR THE INDIVIDUALS OR ENTITIES TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS ATTORNEY PRIVILEGED AND CONFIDENTIAL, THE DISCLOSURE OF WHICH IS PROHIBITED BY LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE THANK YOU.

FILED: KINGS COUNTY CLERK 03/25/2021 02:01 PM                    INDEX NO. 507152/2021
NYSCEF DOC. NO. 1                                                RECEIVED NYSCEF: 03/25/2021

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

-------------------------------------------------------------------x   Index No.

STEVEN I. COHEN,

                                              Plaintiff,        **SUMMONS**

          -against-

COSTCO WHOLESALE CORPORATION,                          Date Index No. Purchased:

                                              Defendant.

-------------------------------------------------------------------x

**To the above-named Defendant(s):**

          COSTCO WHOLESALE CORPORATION
          999 Lake Drive
          Issaquah, Washington 98027


          You are hereby summoned to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's attorney within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

          The basis of venue is plaintiff's place of residence which is: 1720 East 5th Street, Brooklyn, New York  11223.


Dated:   New York, New York
          March 25, 2021

                                        _____
                                        MICHAEL FLAKS
                                        ROSS LEGAN ROSENBERG ZELEN & FLAKS, LLP
                                        Attorneys for Plaintiff
                                        Office & P. O. Address
                                        450 Seventh Avenue Suite 2901
                                        New York, New York 10123
                                        Tel. No. (212) 967-8500

FILED: KINGS COUNTY CLERK 03/25/2021 02:01 PM          INDEX NO. 507152/2021
NYSCEF DOC. NO. 1                                      RECEIVED NYSCEF: 03/25/2021

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
----------------------------------------x
STEVEN I. COHEN,                                    **COMPLAINT**

                             Plaintiff,

        -against-                                   Index No.


COSTCO WHOLESALE CORPORATION,


                             Defendant.
----------------------------------------x


        Plaintiff, by his attorneys ROSS LEGAN ROSENBERG ZELEN &

FLAKS, LLP, complaining of the defendant respectfully alleges, upon

information and belief, as follows:

        1.    At all times herein mentioned, plaintiff was and

still is a resident of the County of Kings, State of New York.

        2.    At all times herein mentioned defendant COSTCO

WHOLESALE CORPORATION was a domestic corporation organized and

existing under the laws of the State of New York.

        3.    At all times herein mentioned defendant COSTCO

WHOLESALE CORPORATION was a foreign corporation duly licensed and

authorized to do business in the State of New York.

        4.    At all times herein mentioned defendant COSTCO

WHOLESALE CORPORATION conducted and carried on business in the

State of New York.

FILED: KINGS COUNTY CLERK 03/25/2021 02:01 PM    INDEX NO. 507152/2021
NYSCEF DOC. NO. 1                                    RECEIVED NYSCEF: 03/25/2021

5.    At all times herein mentioned defendant COSTCO WHOLESALE CORPORATION transacted business within the State of New York.

6.    At all times herein mentioned, the defendant owned a store at 976 Third Avenue, Brooklyn, New York.

7.    At all times herein mentioned, the defendant, defendant's agents, servants, agents and/or employees operated the aforesaid store.

8.    At all times herein mentioned, the defendant, defendant's servants, agents and/or employees maintained the aforesaid store.

9.    At all times herein mentioned, the defendant, defendant's servants, agents and/or employees managed the aforesaid store.

10.    At all times herein mentioned, the defendant, defendant's servants, agents and/or employees controlled the aforesaid store.

11.    At all times herein mentioned, the defendant, defendant's servants, agents and/or employees supervised the aforesaid store.

12.    At all times herein mentioned, the defendant invited the general public into its store to, among others, purchase goods and general merchandise from the defendant.

2

FILED: KINGS COUNTY CLERK 03/25/2021 02:01 PM INDEX NO. 507152/2021
NYSCEF DOC. NO. 1 RECEIVED NYSCEF: 03/25/2021

13. At all times herein mentioned, it was the duty of the defendant, defendant's servants, agents and/or employees to maintain said store in a reasonably safe and suitable condition for the safety of the patrons and other persons lawfully upon the same.

14. On November 24, 2020, the plaintiff STEVEN I. COHEN was lawful patron at aforesaid store.

15. On November 24, 2020, the plaintiff was within said store when he was caused to fall by a store employee who was pulling a store-owned dolly.

16. The aforesaid occurrence and resultant injuries to plaintiff was caused by the negligence and carelessness of the aforesaid employee in his use and operation of the dolly without any contributory negligence on the part of the plaintiff.

17. Solely as a result of the defendant's negligence, the plaintiff was caused to suffer severe and serious personal injuries to mind and body, and further, that the plaintiff was caused to be rendered sick, sore, lame and disabled and subject to great physical pain and mental anguish.

18. By reason of the foregoing, the plaintiff was severely injured and damaged, rendered sick, sore, lame, and disabled, sustained severe nervous shock and mental anguish,

3

FILED: KINGS COUNTY CLERK 03/25/2021 02:01 PM INDEX NO. 507152/2021
NYSCEF DOC. NO. 1                                                    RECEIVED NYSCEF: 03/25/2021

great physical pain and emotional upset, some of which injuries

are believed to be permanent in nature and duration, and the

plaintiff will be permanently caused to suffer pain,

inconvenience and other effects of such injuries; the plaintiff

incurred and in the future will necessarily incur further

hospital and/or medical expenses in an effort to be cured of

said injuries; and the plaintiff will be unable to pursue the

plaintiff's usual duties with the same degree of efficiency as

prior to this accident, all to his damage.

19. By reason of the foregoing, plaintiff demands

judgment against and money damages from the defendant.

20.   The amount of damages sought by plaintiff exceeds

the jurisdictional limits of all lower courts which would

otherwise have jurisdiction.

**WHEREFORE**, plaintiff demands judgment against

defendant in an amount to be determined at the time of trial,

together with the costs and disbursement of this action.

Dated:   New York, New York
         March 25, 2021              MICHAEL FLAKS

                                     ROSS LEGAN ROSENBERG ZELEN & FLAKS, LLP
                                     Attorneys for Plaintiff
                                     Office & P. O. Address
                                     450 Seventh Avenue Suite 2901
                                     New York, New York 10123
                                     Tel. No. (212) 967-8500

4